# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Youn Cun Huang,** | : | |
| Plaintiff, | : | Civil Action 2:06-cv-1007 |
| v. | : | Judge Smith |
| **Mark Hansen,** *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

## Order

Plaintiff Yong Cun Huang's April 4, 2007 amended motion to dismiss complaint (doc. 11) is **GRANTED**.

      /s/ George C. Smith
**George C. Smith**
**United States District Judge**